In the Matter of CALVARY PRESBYTERIAN CHURCH, Appellant, against STATE LIQUOR AUTHORITY et al., Respondents.

Argued September 27, 1937; decided October 12, 1937.

*Robert J. Lansdowne* for appellant.

*Monroe I. Katcher, II*, and *William H. Ticho* for State Liquor Authority et al., respondents.

*Samuel E. Chasin* and *Benjamin Franklin* for Philip Amigone, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.